**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Michael WILLIAMS, Petitioner**

**No. 569 MAL 2016**

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Lamont BOLDEN, Petitioner**

**No. 430 EAL 2016**

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Daniel L. STOVALL, Petitioner**

**No. 220 WAL 2016**

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW,** this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.** The Application to Remand for a Grazier Hearing, the Application for Permission to File an Amended Petition for Allowance of Appeal, and the Application for Release on Bail are **DENIED.**